IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**COLIN ANDREW CRAPSE,**

    Plaintiff,

v.                                               Civil Action No. **3:19CV697**

**VIRGINIA PENINSULA REGIONAL JAIL,**

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on September 25, 2019, the Court conditionally docketed Plaintiff's action. On October 9, 2019, the United States Postal Service returned the September 25, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                  /s/
                                                                  M. Hannah Lauck
                                                                  United States District Judge

Date: **OCT 2 5 2019**
Richmond, Virginia